STATE OF CONNECTICUT *v.* PETER VILLANO, JR.

The defendant's "Motion to Validate Late Filing," dated July 28, 1978, is granted by the court.

*Thomas F. Brown,* in support of the motion.

Submitted September 1—decided September 20, 1978

RICHARD BUCKLEY *v.* WARDEN, CONNECTICUT CORRECTIONAL INSTITUTION, SOMERS

The plaintiff's motion for permission to amend his brief with a statement of issues omitted inadvertently is granted by the court.

*Hubert J. Santos,* in support of the motion.

Submitted September 1—decided September 20, 1978

MARY SCHUMSKI *v.* BOARD OF ZONING APPEALS OF THE TOWN OF BEACON FALLS ET AL.

The petition by the defendants Joseph Laskowski et al. for certification for appeal from the judicial district of Ansonia-Milford is denied by the court.

*Prescott W. May,* in support of the petition.
*John H. Burns,* in opposition.

Submitted September 1—decided September 20, 1978